UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:94-cr-8-SEB-TAB-01 |
| v. | ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (COMPASSIONATE RELEASE) |
| BRADLEY HARDY, JR. | |

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A), and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, IT IS ORDERED that the motion is:

☒ DENIED.

☐ DENIED WITHOUT PREJUDICE.

☒ FACTORS CONSIDERED: In the above-captioned case, Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). Dkt. 46. He asks for immediate release from incarceration. Defendant has already completed his sentence in in this case, and there is no sentence left to reduce. *See* dkt. 34 (sentencing Defendant to serve 18 months of imprisonment in May 2017); *see also United States v. Hardy*, 1:19-cr-241-JRS-MJD-01, dkt. 35 at 11 (presentence investigation report showing that Defendant was released from the BOP in this case on August 30, 2018). Instead, as stated in the motion, Defendant is currently serving "a 1 year and 1 day sentence." Dkt. 46. That sentence was not imposed in this case, but in *United States v. Hardy*, 1:19-cr-241-JRS-MJD-01 (S.D. Ind.). Accordingly, Defendant filed his motion in the wrong case, and the motion, dkt. [46], is **denied**.

The **clerk** is **directed** to docket dkt. [46] in *United States v. Hardy*, 1:19-cr-241-JRS-MJD-01. The Court will resolve the question of whether to reduce Defendant's sentence in that case by separate Order.

IT IS SO ORDERED.

Dated: 4/15/2022

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bradley Hardy
Reg. No. 04612-028
MCC Chicago
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605

All Electronically Registered Counsel